JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    INDICTMENT

    - v. -                         :    07 Cr.

JESUS VEGA,

                  Defendant.   :

- - - - - - - - - - - - - - - - - -x



07CRIM1195

COUNT ONE

The Grand Jury charges:

On or about September 14, 2007, in the Southern District of New York, JESUS VEGA, the defendant, after having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about August 9, 1993, of attempted murder, a Class B felony, in the New York Supreme Court, Bronx County, unlawfully, willfully, and knowingly did possess in and affecting commerce a firearm, to wit, a loaded Ruger P89 9-millimeter handgun, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)


_____       _____
FOREPERSON                            MICHAEL J. GARCIA
                                      United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v. -

**JESUS VEGA,**

Defendant.

### INDICTMENT

07 Cr.

(Title 18, United States Code, Section 922(g)(1).)


                       MICHAEL J. GARCIA
                     United States Attorney.

A TRUE BILL

                           Foreperson.

*[Handwritten:]* Post 11-1-87
12/18/07
Filed Ind.
Ellis, J.