

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 13 2008

**BY FAX AND HAND**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:   *United States* v. *Jesus Vega,*
           07 Cr. 1195 (LTS)

Dear Judge Swain:

    I am writing to request a new date for a pre-trial conference in the above-referenced matter, as well as to request an exclusion of time under the Speedy Trial Act.

    Your Honor had scheduled a pre-trial conference in this matter for February 22, 2008, with defense motions to be due on February 29, 2008. Time had been excluded through February 29, 2008. Due to a scheduling error on behalf of both of the parties, the pre-trial conference was adjourned without a new date being set.

    After speaking with Chambers and defense counsel about available dates, the Government proposes an adjournment of the pre-trial conference until either March 17, 2008, after 11:00 am or March 19, 2008, after 11:00 am, as well as an adjournment of the due-date for defense motions through March 28, 2008. Additionally, the Government respectfully requests that time be excluded until March 28, 2008, under the Speedy Trial Act, Title 18, United States Code, Section 3161, *et seq.* so that the parties may continue to discuss disposition, the defendant and defense counsel may continue to review discovery and the defendant may consider pre-trial motions.

Hon. Laura Taylor Swain
March 12, 2008
Page 2 of 2

    I have spoken with defense counsel, who has consented to the adjournments and exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____

Michael D. Maimin
Assistant United States Attorney
Southern District of New York
(212) 637-2238

cc:    Sabrina Shroff (by fax)

---

THE REQUESTED ADJOURNMENT AND EXCLUSION ARE GRANTED. THE CONFERENCE IS ADJOURNED TO **MARCH 17, 2008**, AT **11:15 A.M.** AND THE MOTION FILING DEADLINE IS EXTENDED TO **MARCH 28, 2008**. THE COURT FINDS THAT THE ENDS OF JUSTICE SERVED BY THE GRANTING OF AN EXCLUSION FROM SPEEDY TRIAL COMPUTATIONS FOR THE PERIOD FROM TODAY'S DATE THROUGH **MARCH 28, 2008**, OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL BECAUSE OF THE NEED FOR REASONABLE TIME FOR EFFECTIVE TRIAL PREPARATION, REVIEW OF DISCOVERY, DETERMINATIONS REGARDING POTENTIAL MOTION PRACTICE AND ONGOING DISCUSSIONS. THE COURT, ACCORDINGLY, EXCLUDES SUCH TIME PERIOD PROSPECTIVELY. SO ORDERED.

_____  3/12/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE