

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 29, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 3 0 2008

**BY FAX AND HAND**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:   *United States v. Jesus Vega,*
      07 Cr. 1195 (LTS)

Dear Judge Swain:

    I am writing to request an adjournment of a pre-trial conference in the above-referenced matter, as well as to request an exclusion of time under the Speedy Trial Act.

    Your Honor had scheduled a pre-trial conference in this matter for May 30, 2008, with defense motions to be due on the same day. Defense counsel and I have been involved in plea discussions. In addition, I have been attempting to obtain information that defense counsel believes may be relevant to a possible suppression motion, but have not yet been able to get a hold of that information.

    Accordingly, the parties respectfully request that the May 30, 2008, pre-trial conference be adjourned for approximately two weeks so that I can try to obtain the requested information and provide it to the defendant and so that the parties can continue to pursue a pre-trial disposition. The Government also consents to an adjournment of the due-date for defense motions to the date of the adjourned pre-trial conference.

    Additionally, the Government respectfully requests that time be excluded until the next pre-trial conference under the Speedy Trial Act, Title 18, United States Code, Section 3161, *et seq.* so that the parties may continue to discuss disposition, the defendant and defense counsel may continue to review discovery and the defendant may consider pre-trial motions.



RECEIVED
MAY 3 0 2008
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

Hon. Laura Taylor Swain
May 29, 2008
Page 2 of 2

  I have spoken with defense counsel, who has consented to the adjournments and exclusion of time.

               Respectfully submitted,

               MICHAEL J. GARCIA
               United States Attorney

By: _____
               Michael D. Maimin
               Assistant United States Attorney
               Southern District of New York
               (212) 637-2238

cc: Sabrina Shroff (by fax)

> The adjournment and exclusion requests are granted as in the interests of justice. The conference is adjourned to June 17, 2008 at 4:30pm and time is excluded from speedy trial computations through that date.
>
> SO ORDERED.
>
> _____ 5/30/08
> LAURA TAYLOR SWAIN
> UNITED STATES DISTRICT JUDGE