USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
# :
DATE FILED:

UNITED STATES DRISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA :

                              :      CR.CASE NO. 071195

         V.                          07 CRIM 1195 (LTS)
    JESUS VEGA            :

**MEMO ENDORSED**

### AFFIRMATION AN REQUEST FOR ADJOURNMEN

SIRS:

    **RUDY VELEZ, ESQ**, an attorney duly licensed to practice law in the
State of New York affirms the following under the penalties of perjury:

    I am the attorney of record for the above name defendant.

    The affirm ant makes this affirmation requesting that the above matter be
adjourned because I am scheduled to: **Being trial People vs. Wilfredo Torres,**
**Indictment no. 4906-07. Honorable Bonnie G. Wittner, part 61.**

**WHEREFORE**, counsel respectfully request that the above matter be adjourned for two
weeks.

Date: Bronx New York
     June 23, 2008

*The matter is adjourned to July 9, 2008,*
*at 2:00pm. In light of the substitution*
*of counsel, the court finds that the*
*interests of justice served by an exclusion of*
*time from speedy trial computations for the*
*period from today's date through July 9, 2008,*
*outweigh the best interests of the public and*
*the defendant in a speedy trial.*

Respectfully submitted,

RUDY VELEZ,ESQ.
Attorney for Defendant
930 Grand concourse, ste 1A
Bronx, New York 10451
(718) 993-3062

**SO ORDERED.**

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Cc: AUSA Michael Douglas Maimin

Copies mailed/faxed to *All parties*
Chambers of Judge Swain
     *6-23-08*