UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 0 2008
```

-v-                                          No. 07 crim 1195 (LTS)

JESUS VEGA

------------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

### ORDER

CJA attorney Sabrina Shroff, is relieved as counsel for the defendant. The defendant in the above-captioned matter is now represented by new retained counsel, Rudy Velez.

Dated: New York, New York
       July 9, 2008

                                                LAURA TAYLOR SWAIN
                                                United States District Judge

change of counsel.frm      version 7/19/01